**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IRON WORKERS' LOCAL NO. 25 PENSION FUND;
IRON WORKERS' LOCAL UNION NO. 25
INDIVIDUAL ACCOUNT RETIREMENT FUND;
IRON WORKERS' HEALTH FUND OF EASTERN
MICHIGAN; IRON WORKERS LOCAL NO. 25
VACATION PAY FUND; and IRON WORKERS'
APPRENTICE FUND OF EASTERN MICHIGAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

      Plaintiffs,                               Case No.: 08-cv-10814
                                                        Hon.: George Caram Steeh

v

EXTERIOR WALL SPECIALTIES CORP., A Michigan
Corporation, DON THOMAS, TIM THOMAS, and
BRIAN THOMAS, Individually,

      Defendants.
_____/
**DAVID J. SELWOCKI P51375**
Sullivan, Ward, Asher & Patton, P.C.
Attorney for Plaintiffs
25800 Northwestern Highway, Suite 1000
Southfield, MI 48075-1000
248.746.0700
_____/

## ORDER GRANTING ENTRY OF AMENDED JUDGMENT

This matter having come before the Court upon Plaintiffs' Motion for Entry of Amended Judgment pursuant to the Order of Judgment (D/E #4), and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that an Amended Judgment is hereby entered against the Defendants, Exterior Wall Specialties Corp., Don Thomas, Tim Thomas, and Brian Thomas, in the amount of **$26,763.37** calculated as follows:

A. the balance due pursuant to the Payment Agreement entered into between the parties in the amount of $24,804.57;
B. interest on the unpaid contributions in the amount of $731.90 – 29 USC §1132(g)(2)(B) (interest calculation as prepared by O'Brien, Rivamonte & Slate, P.C.);
C. interest on the unpaid contributions in the amount of $731.90 – 29 USC §1132(g)(2)ii);
D. reasonable attorney fees and costs of collection in the amount of $495.00 pursuant to 29 USC §1132(g)(2)(D) and the Collective Bargaining Agreement

Dated: October 6, 2008

s/George Caram Steeh
GEORGE CARAM STEEH
U.S. District Judge

This Order Prepared By:

David J. Selwocki
Sullivan, Ward, Asher & Patton, P.C.
Attorney for Plaintiffs
25800 Northwestern Hwy., Suite 1000
Southfield, Michigan 48076
248.746.0700
dwilson@swappc.com
P51375